FILED

SEP 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NUMBER 1:06CV01624
JUDGE: John D. Bates
DECK TYPE: Pro se General Civil
DATE STAMP: 09/18/2006

| | | |
|---|---|---|
| **Lowell Martin**<br>2580 North Portage Rd<br>Jackson, Michigan 49201<br><br>vs,<br><br>UNITED STATES | )<br>)<br>) CASE NO.<br>)<br>)<br>)<br>)<br>)<br>) | (PLAINTIFF DEMANDS A TRIAL BY<br>JURY OF ALL ISSUES SO TRIABLE) |

COMPLAINT FOR DAMAGES UNDER 26 U.S.C. SECTION 7431

Lowell Martin, Plaintiff herein, complain of defendants and seek statutory damages, actual damages, and punitive damages, and for his cause of action, avers:

I

**INTRODUCTION**

1.  This is an action brought pursuant to Title 26, Section 7431 of the Internal Revenue Code for the recovery of statutory and/or actual and punitive damages caused by the intentional and/or negligent unlawful disclosure of confidential return information by Defendant's agents, Susan A. Hansen, Lynn Dewerth, Rosemarie Baumann and other unknown agents (hereinafter: agent(s)) of the Internal Revenue Service.

2.  This Court has jurisdiction for this action under Title 26, Section 7431(a)(1) of the Internal Revenue Code, Venue is proper in this Court under 28 U.S.C. §1391(e).

1

## II

## FACTS

3. Plaintiff, Lowell Martin at all times material hereto lived in Michigan.

4. Plaintiff is the subject of ongoing purported collection action being conducted by the aforementioned agents of the Internal Revenue Service, in the absence of record evidence of existing assessments.

5. During December of 2005, and January of 2006, the aforementioned agents caused to be recorded with the Register(s) of Deeds of both Jackson County, and Wayne County, Michigan, purported Notices of Tax Lien ( copies of which are affixed hereto. Identifying information has been excised), in amounts for which defendant has been unable to produce evidence of lawful assessment.

6. The subject purported Notice of Tax Lien entered into the Public Record contain multiple wrongful disclosures of "return information" as defined in law. SEsE: ¶ 15, below.

7. Defendant's agent, Lynn Dewerth also issued a Notice of Levy which wrongfully disclosed Plaintiff's confidential tax return information. Said Notice of Levy wrongfully disclosed Plaintiff's confidential tax return information, such as name, address, city, state, social security number, "Unpaid Balance of Assessment", etc.

8. The wrongful disclosures of Plaintiff's return information has subjected Plaintiff to the real possibility of identity theft.

9. It was not necessary for the aforementioned agents to place on the purported Notices of Tax Lien Plaintiff's confidential tax return information which subjects Plaintiff to the possibility of identity theft.

10. The wrongful disclosures by Agents Susan A. Hansen, Lynn Dewerth, and Rosemarie Baumann were not in good faith and there existed no good faith in disclosure of confidential return information.

11. Reasonable Internal Revenue Agents can be expected to know the statutory provisions governing disclosure, as interpreted and reflected in the IRS regulations and manuals. An agent's contrary interpretation is not in good faith.

12. The aforesaid agents did not follow the dictates of section 6103 or the applicable IRS manual provisions prior to recording the purported notices.

13. On information and belief, the agents involved in this case have all received extensive "disclosure" training which is designed to preserve the integrity of the confidentiality provisions of the federal tax laws which are codifications and extensions of the basic Forth Amendment right to privacy.

III

LEGAL AUTHORITY

14. Section 7431 of the internal revenue code provides taxpayers with a cause of action for statutory and/or actual and punitive damages against the United States in the event an officer of employee thereof makes any unlawful disclosure of "return information" in violation of Section 6103 of the Internal Revenue Code.

15. "Return Information" is required by Section 6103 to remain confidential and not be disclosed except as provided in Section 6103. There is no provision in Section 6103 providing for the disclosure of the return information contained in the aforementioned Notice of Lien. "Return Information" is broadly defined in Section 6103(b)(2) as follows:

> a taxpayer's identity, the nature, source, or amount of his income, payments, receipts, deductions, exemptions, credits, assets, liabilities, net worth, tax liability, tax withheld, deficiencies, overassessment, or tax payments, whether the taxpayer's return was, is being, or will be examined or subject to investigation or processing, or any other data, received by, recorded by, prepared by, furnished to, or collected by the Secretary with respect to a return or with respect to the determination of the existence, or possible existence, of liability (or the amount thereof) of any person under this title for any tax, penalty, interest, fine, forfeiture, or other imposition or offense ...

16. "Taxpayer identity" is broadly defined in Section 6103(b)(6) as follows:

> The term "taxpayer identity" means the name of a person with respect to whom a return is filed, his mailing address, his taxpayer identifying number (as described in section 6109), or a combination thereof.

17. The disclosures described above were intentional, negligent, and/or grossly negligent disclosures of "return information" in violation of Section 6103 and for which Plaintiff is entitled to statutory and/or actual and punitive damages under Section 7431.


## IV

## DAMAGES

18. Internal Revenue Code section 7431 authorizes damages:

   ...in an amount equal to the sum of—
   (1) the greater of—
      (A) $1,000 for each act of unauthorized inspection or disclosure of a return or return information with respect to which such defendant is found liable, or
      (B) the sum of—
         (i) the actual damages sustained by the plaintiff as a result of such unauthorized inspection or disclosure, plus
         (ii) in the case of a willful inspection or disclosure or an inspection or disclosure which is the result of gross negligence, punitive damages, plus
   (2) the costs of the action, plus
   (3) in the case of a plaintiff which is described in section 7430 (c)(4)(A)(ii), reasonable attorneys fees, except that if the defendant is the United States, reasonable attorneys fees may be awarded only if the plaintiff is the prevailing party (as determined under section 7430 (c)(4)).

19  The reprehensible conduct of, and the illegal disclosures made by the aforementioned agents and the other agents involved herein has caused Plaintiff substantial personal embarrassment, loss of good will, and loss in credit. Plaintiff has sustained actual, direct damages totaling $25,275.72

20. The intentionally and/or grossly negligent unlawful disclosures by Susan A. Hansen, Lynn Dewerth, Rosemarie Baumann, and the other agents involved herein entitles Plaintiff to punitive damages the extent of which at this time cannot be accurately ascertained but which will be more fully known after the completion of discovery.

21. Based on the aforesaid unlawful disclosures, Plaintiff is entitled to the costs of the action pursuant to Section 7431(c)(2) and (3).

**WHEREFORE**, Plaintiff requests after trial of this case that judgment be entered in his favor against the United States for the recovery of actual damages in the amount of $25,275.72, punitive damages, the costs of this action, expungement of the aforementioned notices and such other and further relief to which Plaintiff is entitled.

Dated 9/15/2006, 2006

_Lowell Martin_
Lowell Martin

### Acknowledgment

On the above inscribed date before the undersigned, a Notary Public for the State of Michigan, personally appeared, Lowell Martin, known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same as his free act and deed.

Notary, State of Michigan: _Vanessa Suddeth_

My Commission expires: _September 27, 2011_

VANESSA SUDDETH
NOTARY PUBLIC, STATE OF MI
COUNTY OF JACKSON
MY COMMISSION EXPIRES Sep 27, 2011
ACTING IN THE COUNTY OF Jackson

Seal:

Form 668-W(ICS)
(Jan. 2003)

Department of the Treasury - Internal Revenue Service
**Notice of Levy on Wages, Salary, and Other Income**

DATE: 11/30/2005

REPLY TO: Internal Revenue Service
LYNN M. DEWERTH
3100 WEST ROAD
BUILDING B - SUITE 201
EAST LANSING, MI 48823

TO: GENERAL MOTORS CORPORATION
6250 CHICAGO RD
WARREN, MI 48090

TELEPHONE NUMBER
OF IRS OFFICE: (517)324-7922

NAME AND ADDRESS OF TAXPAYER:
LOWELL MARTIN
2580 N PORTAGE RD
JACKSON, MI 49201-9628

IDENTIFYING NUMBER(S): 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

MART

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1996 | 18506.13 | 9032.15 | 27538.28 |
| 1040 | 12/31/2000 | 44521.52 | 10338.98 | 54860.50 |
| CIVPEN | 12/31/2002 | 500.00 | 60.54 | 560.54 |
| | | | Total Amount Due ⇒ | 82959.32 |

We figured the interest and late payment penalty to **12-30-2005**

**Statement of Exemptions and Filing Status** (To be completed by taxpayer; instructions are on the back of Part 5)

My filing status for my income tax return is (check one):   ☐ Single;   ☐ Married Filing a Joint Return;
☐ Married Filing a Separate Return;   ☐ Head of Household; or   ☐ Qualifying Widow(er) with dependent child

**ADDITIONAL STANDARD DEDUCTION:** _____ (Enter amount only if you or your spouse is at least 65 and/or blind.)

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor child to whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, First, Middle Initial) | Relationship (Husband, Wife, Son, Daughter, etc.) | Social Security Number (SSN) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Taxpayer's Signature                     Date

Part 5 —    For Taxpayer to keep     Catalog No. 35390F     www.irs.gov     FILED     Form 668-W(ICS) (1-2003)

SEP 18 2006

NANCY MAYER WHITTINGTON, CLERK    06 1624
U.S. DISTRICT COURT

| Form 668 (Y)(c) (Rev. February 2004) | 12407 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|---|
| **Area:**<br>SMALL BUSINESS/SELF EMPLOYED AREA #6<br>Lien Unit Phone: (800) 913-6050 | | **Serial Number**<br>262500905 | **For Optional Use by Recording Office** |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** LOWELL MARTIN

**Residence** 2580 N PORTAGE RD
JACKSON, MI 49201-9628

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1996 | 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 | 04/26/1999 | 05/26/2009 | 18506.13 |
| 6702 | 12/31/2002 | 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 | 10/06/2003 | 11/05/2013 | 500.00 |

OFFICIAL SEAL — Jackson County Register of Deeds
Mindy Reilly
L-1834 P-715

2423440
Page: 1 of 1
12/29/2005 02:46P
L-1834 P-715

Mindy Reilly - Jackson Co.  TLF

**Place of Filing**
REGISTER OF DEEDS-REAL PROPERTY
JACKSON COUNTY
JACKSON, MI 49201

**Total** $ 19006.13

This notice was prepared and signed at _DETROIT, MI_ , on this, the _05th_ day of _December_ , _2005_.

**Signature** Susan A. Hansen
for ROSEMARIE BAUMANN

**Title** MANAGER
(517) 324-7918

26-04-1301

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c)<br>(Rev. February 2004) | 1872 | Department of the Treasury - Internal Revenue Service<br># Notice of Federal Tax Lien | |
|---|---|---|---|
| **Area:**<br>SMALL BUSINESS/SELF EMPLOYED AREA #2<br>Lien Unit Phone: (800) 913-6050 | | **Serial Number**<br>268769206 | **For Optional Use by Recording Office** |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** LOWELL & CAROLYN MARTIN

**Residence** 2580 N PORTAGE RD
JACKSON, MI 49201-9628

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2000 | XXX-XX-2206 | 05/21/2001 | 06/20/2011 | 44521.52 |

OFFICIAL SEAL   Jackson County Register of Deeds
Mindy Reilly
**L-5008 P-314**

2426287
Page: 1 of 1
01/25/2006 09:09A
L-5008 P-314

Mindy Reilly - Jackson Co    FSTLF

**Place of Filing**
Register Of Deeds-Personal Property
Jackson County
Jackson, MI 49201

**Total** $ 44521.52

This notice was prepared and signed at _____ DETROIT, MI _____, on this,

the __18th__ day of __January__, __2006__.

**Signature** *Susan A. Hansen*
for LYNN M. DEWERTH

**Title** REVENUE OFFICER
(517) 324-7922

22-04-1337

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #6 (800) 913-6050 | Serial Number 262501005 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

**Name of Taxpayer** LOWELL MARTIN

002287

**Residence**
2580 N PORTAGE RD
JACKSON, MI 49201-9628

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1996 | 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 | 04/26/1999 | 05/26/2009 | 18506.13 |
| 6702 | 12/31/2002 | 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 | 10/06/2003 | 11/05/2013 | 500.00 |

**Place of Filing**
REGISTER OF DEEDS
WAYNE COUNTY
DETROIT, MI 48226

**Total** 19006.13

This notice was prepared and signed at **DETROIT, MI**, on this, the **05th** day of **December**, **2005**.

Signature: *Susan A. Hensen* for ROSEMARIE BAUMANN

Title: MANAGER
(517) 324-7918

26-04-1301

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

CAT. NO 60025X
Form 668 (Y)(c) (Rev. 02-04)