AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Columbia

Lowell Martin

V.

UNITED STATES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 1:06CV01624

JUDGE: John D. Bates

DECK TYPE: Pro se General Civil

DATE STAMP: 09/18/2006

TO: (Name and address of Defendant)

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

Lowell Martin
2580 North Portage Road
Jackson, Michigan 49201
(517) 522-8160

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     SEP 18 2006
CLERK                          DATE

_____
(By) DEPUTY CLERK

RECEIVED
OCT 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | September 25, 2006 |
| NAME OF SERVER (PRINT) CYNTHIA KAY-MARTIN SCHNEIDER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Registered Mail No. RR 589 187 413 U.S.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 9, 2006          Cynthia Kay-Martin Schneider
                   Date                       Signature of Server

47322 Hull Rd, Belleville, MI 48111
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   Alberto Gonzales
   United States Attorney General
   950 Pennsylvania Ave.
   Washington, District of Columbia 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature   SEP 2 6 2006
   X
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)   RR 589 187 427 US

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Civil Process Clerk
   Kenneth L. Wainstein
   United States Attorney, District of Columbia
   501 3rd. Street NW
   Washington, District of Columbia 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature   OCT 0-2 2006
   X
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)   RR 589 187 413 US

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789