IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| LOWELL MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No: 1:06-cv-1624 (JDB) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA AT WASHINGTON:

Kindly enter my appearance in the captioned matter as counsel of record for the United States of America.

DATE: November 24, 2006.

Respectfully submitted,

 /s/ Michael J. Salem
MICHAEL J. SALEM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6438

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' NOTICE OF APPEARANCE was caused to be served upon plaintiff *pro se* on the 24th day of November, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>LOWELL MARTIN
>Plaintiff *pro se*
>2580 N. Portage Road
>Jackson, MI 49201.

>　/s/ Michael J. Salem
>MICHAEL J. SALEM

2051790.11