IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| LOWELL MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No: 1:06-cv-1624 (JDB) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' MOTION TO DISMISS

DEFENDANT, the United States of America, moves under Fed. R. Civ. P. 12(b), to dismiss plaintiff's complaint.

As grounds for this motion, the United States submits that the Court lacks subject matter jurisdiction over the complaint and the complaint fails to state a claim upon which relief can be granted. A memorandum in support of this motion and a proposed order are submitted herewith.

The specific relief sought by this motion is dismissal of the complaint with prejudice.

DATE: November 24, 2006.

Respectfully submitted,

 /s/ Michael J. Salem
MICHAEL J. SALEM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6438

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS was caused to be served upon plaintiff *pro se* on the 24th day of November, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>LOWELL MARTIN
>Plaintiff *pro se*
>2580 N. Portage Road
>Jackson, MI  49201.

>   /s/ Michael J. Salem
>MICHAEL J. SALEM

2051788.11