IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| LOWELL MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No: 1:06-cv-1624 (JDB) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Having considered the United States' motion to dismiss the complaint, together with the memorandum in support thereof, and having further considered plaintiff's [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2007, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiff's complaint be and is DISMISSED with prejudice; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

LOWELL MARTIN  
Plaintiff *pro se*  
2580 N. Portage Road  
Jackson, MI  49201

MICHAEL J. SALEM  
Trial Attorney, Tax Division  
U.S. Department of Justice  
Post Office Box 227  
Washington, DC  20044

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiff *pro se* on the 24th day of November, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>LOWELL MARTIN
>Plaintiff *pro se*
>2580 N. Portage Road
>Jackson, MI  49201.

>/s/ Michael J. Salem
>MICHAEL J. SALEM

2051789.11