## UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

Lowell Martin,

    Plaintiff,

No. 1:06-cv-1624 (JDB)

v.

MOTION FOR ENLARGEMENT OF TIME

UNITED STATES,

    Defendant.

I, Lowell Martin, hereby move the Court for an enlargement of time in which to reply to the Motion to Dismiss filed, November 24, 2006.

Plaintiff requires an enlargement of time to adequately address the assertions contained in Counsel's memorandum.

Plaintiff anticipates that an enlargement of thirty (30) days will be sufficient to adequately form a reply to the Motion.

Respectfully entered this 13th day of December, 2006.

By /s/ Lowell Martin

    Lowell Martin

RECEIVED
DEC 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Martin v UNITED STATES          1:06-cv-1624 (JDB)

# UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

Lowell Martin,

    Plaintiff,

No. 1:06-cv-1624 (JDB)

v.

UNITED STATES,

    Defendant.

### ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Plaintiff, having filed his Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss, and the Court being duly and sufficiently advised in the premises now finds that the relief prayed for therein should be granted.

IT IS THEREFORE ORDERED that Plaintiff be granted an enlargement of thirty (30) days in which to respond, making Plaintiff's response to Motion to Dismiss due on or before January 15th, 2007.

Dated: _____, 2006

                                                              UNITED STATES DISTRICT JUDGE



## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Enlargement of Time and Order were served on December 13th, 2006 by USPS to the following person, addressed as follows:

MICHAEL J. SALEM
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

BY *Lowell Martin*

Lowell Martin

Martin v UNITED STATES                                   1:06-cv-1624 (JDB)