IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| LOWELL MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 1:06-cv-1624 (JDB) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Having considered the United States' motion to dismiss the amended complaint, together with the memorandum in support thereof, and having further considered plaintiff's [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2007, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiff's amended complaint be and is DISMISSED with prejudice; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

| | |
|---|---|
| LOWELL MARTIN | MICHAEL J. SALEM |
| Plaintiff *pro se* | Trial Attorney, Tax Division |
| 2580 N. Portage Road | U.S. Department of Justice |
| Jackson, MI  49201 | Post Office Box 227 |
| | Washington, DC  20044 |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiff *pro se* on the 22d day of January, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> LOWELL MARTIN
> Plaintiff *pro se*
> 2580 N. Portage Road
> Jackson, MI  49201.

> /s/ Michael J. Salem
> MICHAEL J. SALEM

2174566.11