UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LOWELL MARTIN,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>Defendant. | Civil Action No. 06-1624 (JDB) |

### ORDER

Upon consideration of [10] defendant's motion to dismiss the amended complaint, and for the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that this action is **DISMISSED** without prejudice.

/s/
JOHN D. BATES
United States District Judge

Date: March 21, 2007